**FILED**

DEC - 7 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **07 CR 819** |
| | ) | |
| v. | ) | |
| | ) | Nan R. Nolan |
| LATISHA BENNETT | ) | United States Magistrate Judge |
| | ) | |
| | ) | **UNDER SEAL** |

## GOVERNMENT'S MOTION TO SEAL COMPLAINT AND AFFIDAVIT

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that this Court seal the criminal Complaint and Affidavit in this matter, as well as this Motion to Seal and any accompanying Order to Seal.

The public filing of the Complaint and Affidavit in this matter could compromise an ongoing investigation and reveal the investigation to a target. For this reason, the government respectfully requests that the Complaint and Affidavit, as well as this Motion to Seal and any accompanying Order to Seal, be sealed until March 5, 2008 or until further order of the Court.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: HALLEY B. GUREN
Assistant U.S. Attorney
219 South Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 886-4156