Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 819 - 1 | **DATE** | 12/7/2007 |
| **CASE TITLE** | USA vs. Latisha Bennett | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Latisha Bennett appears in response to arrest on 12/07/07. Defendant informed of her rights. The court finds defendant unable to afford counsel. Enter Order appointing Panel Attorney Imani Chiphe as counsel for defendant. Government and defendant agree on certain conditions of release. Case set for further status on 12/10/07 at 10:30 a.m. Government's motion to seal complaint is granted. Case ordered sealed until further order of the court.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | LXS |
|---|---|---|