

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. |
| | ) | |
| v. | ) | Nan R. Nolan |
| | ) | United States Magistrate Judge |
| LATISHA BENNETT | ) | |
| | ) | **UNDER SEAL** |

ORDER

It is hereby ORDERED that the Criminal Complaint and Affidavit in this matter, as well as the accompanying Motion to Seal and this order, all dated December 7, 2007, are hereby SEALED until and including March 5, 2008, or until further order of the Court.

ENTER:

NAN R. NOLAN
United States Magistrate Judge

Dated: December 7, 2007