

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 819 - 1 | **DATE** | 12/10/2007 |
| **CASE TITLE** | USA vs. Letisha Bennett | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Conditions of release set on 12/07/07 is modified as follows: Defendant is ordered to home detention via electronic monitoring. Status on bond is set for 01/15/08 at 1:15 p.m. Government's oral motion to unseal case is granted. Case ordered unsealed.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | LXS |
|---|---|---|