## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 819 | **DATE** | 12/12/2007 |
| **CASE TITLE** | USA vs. Latisha Bennett | | |

**DOCKET ENTRY TEXT**

Government's unopposed motion for an extension of time to return indictment or to file an information [1] is granted. ENTER ORDER: It is hereby ordered that the time within which to file an indictment against the defendant be extended from January 5, 2008 to and including January 18, 2008.
X-T

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|