UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 819 |
| | ) | |
| LATISHA BENNETT | ) | Magistrate Judge Nan R. Nolan |

**GOVERNMENT'S MOTION TO MODIFY ORDER SETTING
CONDITIONS OF RELEASE**

The United States of America, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves to modify the December 7, 2007 Order Setting Conditions of Release to include a condition that defendant Latisha BENNETT avoid all contact, directly or indirectly, with any persons who are or who may become a co-defendant, victim or potential witness in the subject investigation or prosecution, including but not limited to Patrice Oliver, Oliver's mother and any sisters, as set out in Exhibit A, the "Proposed Order." In support of this motion, the government states as follows:

1. The condition restricting BENNETT's communication with possible co-defendants, witnesses, and victims was not initially included in the Order Setting Conditions of Release.

2. Since the Order Setting Conditions of Release was issued, the government has learned that BENNETT has contacted potential co-defendants or witnesses in the investigation.

3. Based on BENNETT's contact and effort to contact potential co-defendants or witnesses involved in this investigation the government now believes that an additional restriction must be placed on BENNETT as part of her conditions of release that requires BENNETT to avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential

victim, or potential co-defendant or witness in the subject investigation or prosecution, including but not limited to Patrice Oliver, Oliver's mother and any sisters.

4.  The government therefore seeks to modify the December 7, 2007, Order Setting Conditions of Release to include a condition that BENNETT must avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness or codefendant in the subject investigation or prosecution, including but not limited to Patrice Oliver, Oliver's mother and any sisters, as set out in Exhibit A, the "Proposed Order."

WHEREFORE, the government respectfully requests that this Court modify the Order Setting Conditions of Release to include the condition that BENNETT must avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness or co-defendant in the subject investigation or prosecution, including but not limited to Patrice Oliver, Oliver's mother and any sisters.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

By: /s/ Halley B. Guren
    HALLEY B. GUREN
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois  60604
    (312) 886-4156

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that, on April 9, 2007, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**GOVERNMENT'S MOTION TO MODIFY THE ORDER SETTING CONDITIONS OF RELEASE**

was served pursuant to the district court's ECF system as to all ECF filers, and by first-class mail to non-ECF filers, if any.

/s/ Halley B. Guren
HALLEY B. GUREN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois  60604
(312) 886-4156