UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | No. | 07 CR 819 |
| | ) | | |
| LATISHA BENNETT | ) | Magistrate Judge Nan R. Nolan | |

**PROPOSED ORDER**

The government has requested that the December 7, 2007, Order Setting Conditions of Release be modified to include an condition on defendant Latisha BENNETT to avoid all contact, directly or indirectly, with any persons who are or who may become a co-defendant, victim or potential witness in the subject investigation or prosecution, including but not limited to co-defendant Patrice Oliver, Oliver's mother and any sisters.

IT IS HEREBY ORDERED THAT the Order Setting Conditions of Release in this matter be modified, so that the condition is added that BENNETT avoid all contact, directly or indirectly, with any persons who are or who may become a co-defendant, victim or potential witness in the subject investigation or prosecution, including but not limited to Patrice Oliver, Oliver's mother and any sisters.

ENTER:

_____
NAN R. NOLAN
United States Magistrate Judge

Dated: _____