UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 819 |
| | ) | |
| LATISHA BENNETT | ) | Magistrate Judge Nan R. Nolan |

### NOTICE OF MOTION

To:  Imani Chiphe, Esq.
55 East Monroe Street, Ste. 2800
Chicago, IL 60603
(312) 621-8349

**PLEASE TAKE NOTICE** that on Thursday, January 3, 2007, at 9:00 a.m., I will appear before the Magistrate Judge Nan R. Nolan in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present the **GOVERNMENT'S MOTION TO MODIFY ORDER SETTING CONDITIONS OF RELEASE** in the above-captioned case.

Respectfully submitted,

PATRICK FITZGERALD
United States Attorney

By:  /s/ Halley B. Guren
HALLEY B. GUREN
Assistant United States Attorney
219 South Dearborn Street - 5000
Chicago, Illinois  60604
(312) 886-4156