## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                                      Case No.: 1:07−cr−00819
                                                       Honorable Nan R. Nolan

Latisha Bennett

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 3, 2008:

      MINUTE entry before Judge Nan R. Nolan :Motion hearing held. Counsel for the government was present. Counsel for defendant not present. Government's motion to modify conditions of release as to Latisha Bennett [14] is granted. Proposed order to follow. Mailed notice (lxs)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.