UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE LEINENWEBER**

**MAGISTRATE JUDGE NOLAN**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 07 CR 819 |
| v. ) | |
| ) | Violations: Title 18, United States Code, |
| LATISHA BENNETT, ) | Sections 2113(b), (c), and 2. |
| PATRICE K. OLIVER, and ) | |
| PAMELA HAMILTON ) | |

**FILED**

**JAN 1 0 2008**

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

## COUNT ONE

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about December 5, 2007, at Chicago Heights, in the Northern District of Illinois, Eastern Division,

LATISHA BENNETT, and
PATRICE K. OLIVER,

defendants herein, did take and carry away, with the intent to steal or purloin, money exceeding $1,000 in value belonging to, and in the care, custody, control, management, and possession of, the TCF Bank, located at 601 West 14th Street, Chicago Heights, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Sections 2113(b) and 2.

1

## COUNT TWO

The SPECIAL JUNE 2007 GRAND JURY further charges:

From on or about December 5, 2007, through on or about December 11, 2007, at Chicago, and elsewhere, in the Northern District of Illinois, Eastern Division,

PAMELA HAMILTON,

defendant herein, received, possessed, concealed, stored, and disposed of more than $1,000 in United States currency that the defendant knew had been taken and stolen from the TCF Bank, located at 601 West 14th Street, Chicago Heights, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(c).

## FORFEITURE ALLEGATION

The SPECIAL JUNE 2007 GRAND JURY further charges:

1. The allegations of Counts One and Two of this Indictment are realleged and incorporated here by reference as if fully restated herein for the purpose of alleging forfeiture to Title 18, United States Code, Sections 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461(c).

2. As a result of the violations of Title 18, United States Code, Section 2113, as alleged in this Indictment,

> LATISHA BENNETT,
> PATRICE OLIVER, and
> PAMELA HAMILTON

defendants herein, have subjected to forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461(c), the following property and interests:

   a. All property constituting, and derived from, and traceable to, proceeds obtained, directly or indirectly, as a result of the defendants' violation of Title 18, United States Code, Section 2113.

   b. All property that is used to facilitate, and is intended to be used to facilitate the commission of the defendants' violation of Title 18, United States Code, Section 2113.

3. The interests of the defendants subject to forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461(c), include, but are not limited to, one 2001 Chevy Impala, VIN #

2G1WH55K619143593.

4. If any of the property or funds described above as a result of any act or omission of the defendants:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be subdivided without difficulty;

It is the intent of the United States, pursuant to provisions of Title 21, United States Code 853(p) to seek forfeiture of substitute property belonging to the defendants;

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

4