07 GJ 1165 DJ

Minute Order Form (rev. 4/99)

## MAGISTRATE JUDGE NOLAN
### UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE LEINENWEBER | Sitting Judge If Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 0819 | DATE | JANUARY 10, 2008 |
| CASE TITLE | US v. LATISHA BENNETT, et al | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL JUNE 2007**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _Morton Denlow_

Docket Entry:

BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE AS TO LATISHA BENNETT. BOND SET BY MAGISTRATE IN 07 CR 0822 TO STAND AS BOND IN THIS INSTANCE AS TO PATRICE OLIVER. TO SET PRELIMINARY BAIL AT $50,000.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO PAMELA HAMILTON.

**FILED**

JAN 1 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| | No notices required, advised in open court. | | Date docketed | |
| | No notices required. | | Docketing dpty. initials | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | Date mailed notice | |
| | Docketing to mail notices | | | |
| | Mail AO 450 form. | | Mailing dpty. initials | |
| | Copy to judge/magistrate judge. | | | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |