UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 07 CR 819 |
| ) | Judge Leinenweber |
| LATISHA BENNETT, ) | |
| PATRICE K. OLIVER, and ) | |
| PAMELA HAMILTON ) | |

UNITED STATES BILL OF PARTICULARS
FOR FORFEITURE OF CERTAIN PROPERTY

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby files the following Bill of Particulars.

Through the violations of Title 18, United States Code, Section 2113, as alleged in the indictment, the United States seeks forfeiture of all property constituting and derived from, and traceable to, proceeds obtained directly or indirectly as a result of the defendants' violations including, but not limited to, funds seized separately in the amounts of $14,100.74, $39,960 and $28,000 pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Dated: January 15, 2008
       Chicago, Illinois

                                    Respectfully submitted,

                                    PATRICK J. FITZGERALD
                                    United States Attorney

                            By:     /s/ Halley B. Guren
                                    HALLEY GUREN
                                    Assistant United States Attorney
                                    219 South Dearborn Street
                                    Chicago, Illinois 60604
                                    (312) 886-4156