## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 819 - 1,2,3 | **DATE** | 2/27/2008 |
| **CASE TITLE** | United States of America vs. Latisha Bennett, Patrice Oliver, Pamela Hamilton | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued for 4/29/2008 at 9:00 a.m. Defendants' request for early return of trial subpoenas is granted. All pretrial motions to be filed by 3/28/2008. Enter excludable delay in the interest of justice to begin 2/27/2008 and end 4/29/2008 pursuant to 18:3161(h)(8)(A)(B). (X-T)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|