07 GJ 1165 

Minute Order Form (rev. 4/99)

**MAGISTRATE JUDGE NOLAN**

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE LEINENWEBER | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 819 | DATE | MARCH 27, 2008 |
| CASE TITLE | US v. LATISHA BENNETT, PATRICK K. OLIVER, and PAMELA HAMILTON | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

**GRAND JURY PROCEEDING AND REQUEST TO SEAL**

The Grand Jury for the **SPECIAL JUNE 2007** Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _Arlander Keys_

Docket Entry:

BOND SET IN 07 CR 819 TO STAND AS BOND IN THIS INSTANCE AS TO ALL DEFENDANTS.

**FILED**

MAR 2 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                UNDER SEAL)

| | | | |
|---|---|---|---|
| No notices required, advised in open court. | | Number of notices | DOCKET# |
| No notices required. | | Date docketed | |
| Notices mailed by judge's staff. | | Docketing dpty. initials | |
| Notified counsel by telephone. | | | |
| Docketing to mail notices | | Date mailed notice | |
| Mail AO 450 form. | | Mailing dpty. initials | |
| Copy to judge/magistrate judge. | | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |