## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 819 - 1,3 | **DATE** | 4/29/2008 |
| **CASE TITLE** | United States of America vs. Latisha Bennett, Pamela Hamilton | | |

**DOCKET ENTRY TEXT**

Arraignment held on superseding indictment. Defendants enter plea of not guilty. Pretrial motions to be filed by 5/29/2008. Status hearing set for 6/11/2008 at 9:00 a.m. Enter excludable delay in the interest of justice to begin 4/29/2008 and end 6/11/2008 pursuant to 18:3161(h)(8)(A)(B). (X-T)

Docketing to mail notices.

00:05

Courtroom Deputy Initials: WAP