Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 819 - 1 | **DATE** | 9/11/2008 |
| **CASE TITLE** | United States of America vs. Latisha Bennett | | |

**DOCKET ENTRY TEXT**

Defendant withdraws plea of not guilty to Count One of the Superseding Indictment. Defendant enters plea of guilty to Count One of the Superseding Indictment. Defendant informed of rights. Judgment of guilty entered. Cause referred to the probation department for a presentence investigation. Sentencing set for 1/14/2009 at 9:45 a.m.

Docketing to mail notices.

00:25

Courtroom Deputy Initials: WAP

U.S. DISTRICT COURT
2008 SEP 12 AM 7:58
FILED